**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   2:11-cv-11618 |
| | ) | |
| v. | ) | |
| | ) | Judge:   Robert H. Cleland |
| COULOMB MEDIA, INC., | ) | (presiding) |
| a corporation, and | ) | |
| | ) | Laurie J. Michelson |
| CODY LOW aka JOE BROOKS, | ) | (referral) |
| an individual and an officer | ) | |
| of COULOMB MEDIA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED ORDER**

The Court held a conference call with the parties on July 28, 2011, after the parties informed the Court that they were seeking voluntary discovery in contemplation of entering into a final settlement.  As a result of that conference, the parties stipulate and agree as follows:

I.

IT IS HEREBY ORDERED that the matter is removed from the Court's active docket and that upon notification by either party, it will be restored to the active docket.

II.

IT IS FURTHER ORDERED that either party may notify the Court that additional proceedings as provided for under the Federal Rules of Civil Procedure are appropriate, and that upon such notice, the Court shall Order the parties to appear and the Court will enter an Order setting forth appropriate deadlines for further proceedings.

III.

IT IS FURTHER ORDERED that the parties shall file joint status reports every 30 days,

commencing on August 31, 2011, stating the progress and further handling of the matter.

IV.

IT IS FURTHER ORDERED that the Stipulated Preliminary Injunction entered on June

9, 2011, shall remain in full force and effect pending further Order of the Court.

V.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for all
purposes.

STIPULATED AND AGREED TO ON JULY 28, 2011:

s/Richard B. Newman
Richard B. Newman
Hinch Newman LLP
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 486-9494
E-mail: rnewman@hinchnewman.com

Attorney for Defendants
Coulomb Media, Inc., and
Cody Low

s/Steven W. Balster
Steven W. Balster (IL 6189072)
(216) 263-3401
E-mail: sbalster@ftc.gov
Sara C. DePaul (OH 0077829)
(216) 263-3429
E-mail: sdepaul@ftc.gov
Federal Trade Commission
1111 Superior Avenue, Suite 200
Cleveland Ohio 44114

Attorneys for Plaintiff Federal Trade
Commission

Eric A. Linden (P33249)                                    BARBARA L. MCQUADE
Jaffe Raitt Heuer & Weiss, P.C.                            United States Attorney
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214                            PETER A. CAPLAN
Phone (248) 351-3000                                       Assistant U.S. Attorney
E-mail: elinden@jaffelaw.com                               211 W. Fort Street, Ste. 2001
                                                           Detroit, Michigan 48226
Local Counsel for Defendants Coulomb Media, Inc.,          (313) 226-9784
and Cody Low                                               peter.caplan@usdoj.gov
                                                           P-30643

                                                           Local Counsel for Plaintiff

**IT IS SO ORDERED**,

                              S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE


Dated:  July 29, 2011


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or
pro se parties on this date, July 29, 2011, by electronic and/or ordinary mail.


                              S/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522